UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
Debtor's Attorney Fees in
Chapter 13 Cases

Miscellaneous
Proceeding No. 07-mp-00002-MGW

_____/

SECOND AMENDMENT TO ORDER
ESTABLISHING PRESUMPTIVELY REASONABLE
DEBTOR'S ATTORNEY FEE IN CHAPTER 13 CASES

On August 31, 2007, the judges of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division ("Court"), entered an Order Establishing Presumptively Reasonable Debtor's Attorney Fee in Chapter 13 Cases (Doc. No. 31) ("Fee Order"). On September 19, 2007, the Court entered an Amendment to Order Establishing Presumptively Reasonable Debtor's Attorney Fee in Chapter 13 Cases (Doc. No. 33), which amended paragraph 4 of the Fee Order. The purpose of this Second Amendment to Order Establishing Presumptively Reasonable Debtor's Attorney Fee in Chapter 13 Cases is to amend paragraph 2 of the Fee Order.

Paragraph 2 of the Fee Order contains a list of *a la carte* items for which an attorney may be compensated as an administrative expense. Recently, there has been a substantial increase in the filing of motions to strip liens pursuant to 11 U.S.C. § 506(d) and *Tanner v. FirstPlus Financial, Inc. (In re Tanner)*, 217 F.3d 1357, 1359-60 (11th Cir. 2000). The Court deems it appropriate to further amend the Fee Order to include such motions as an *a la carte* item. Accordingly, paragraph 2 of the Fee Order is amended to read as follows:

"2. The "soup to nuts" approach to services to be provided as mandated by *Newman* is modified to allow a limited list of "a la carte" matters for which an attorney may be

compensated as an administrative expense to be paid under the terms of the confirmed plan. These items are limited to the following matters ("a la carte items") for which a fee of $250 if no hearing is required or $350 if a hearing is held will be allowed as an addition to the Presumptively Reasonable Fee:

   a. Motions for reconsideration of an order dismissing the case;
   b. Motions to amend or modify plan;
   c. Motions for approval of sale or refinancing;
   d. Motions to approve settlements of any causes of action, such as, for example, personal injury or a workers' compensation claim;
   e. Motions to approve early termination of chapter 13 plan;
   f. Motions to impose the stay pursuant to section 362(c)(4); and
   g. Motion to determine secured status of homestead mortgage and to strip lien (provided, however, that if two or more motions to determine secured status are set for hearing together, only one will merit a $350 hearing attendance fee, with the remaining motions each meriting only the $250 fee).

The additional fee may be requested in a motion meeting the description of any of the *a la carte* items. The Court may then include in the order on the motion an award of the presumptively reasonable fee for the services in connection with the motion."

DONE and ORDERED in Tampa, Florida, on August 26, 2009.

BY THE JUDGES OF THE TAMPA DIVISION:

_____
Michael G. Williamson
United States Bankruptcy Judge

_____
K. Rodney May
United States Bankruptcy Judge

_____
Catherine Peek McEwen
United States Bankruptcy Judge

_____
Caryl E. Delano
United States Bankruptcy Judge

2