UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
Debtor's Attorney Fees in                          Miscellaneous
Chapter 13 Cases                                   Proceeding No. 07-mp-00002-MGW

_____/

### THIRD AMENDMENT TO ORDER
### ESTABLISHING PRESUMPTIVELY REASONABLE
### DEBTOR'S ATTORNEY FEE IN CHAPTER 13 CASES

On August 31, 2007, the judges of the United States Bankruptcy Court for the

Middle District of Florida, Tampa Division, ("Court") entered an Order Establishing

Presumptively Reasonable Debtor's Attorney Fee in Chapter 13 Cases (Doc. No. 31)

("Fee Order"). The purpose of this Third Amendment to Order Establishing

Presumptively Reasonable Debtor's Attorney Fee in Chapter 13 Cases is to amend

paragraph 2 of the Fee Order, as previously amended.

Paragraph 2 of the Fee Order contains a list of *a la carte* items for which an

attorney may be compensated as an administrative expense. Recently, there has been a

substantial increase in the filing of motions seeking authority for the debtor to enter into a

mortgage loan modification agreement. The Court deems it appropriate to further amend

the Fee Order to include such motions as an *a la carte* item. Accordingly, paragraph 2 of

the Fee Order is amended to read as follows:

"2.   The "soup to nuts" approach to services to be provided as mandated by *Newman*

is modified to allow a limited list of "a la carte" matters for which an attorney may be

compensated as an administrative expense to be paid under the terms of the confirmed

plan. These items are limited to the following matters ("a la carte items") for which a fee

of $275 (if no hearing is required) or $375 (if a hearing is held)[1] will be allowed in

addition to the Presumptively Reasonable Fee:

   a.  Motions for reconsideration of an order dismissing the case;
   b.  Motions to amend or modify plan;
   c.  Motions for approval of sale or refinancing;
   d.  Motions to approve settlements of any causes of action, such as, for example, personal injury or a workers' compensation claim;
   e.  Motions to approve early termination of chapter 13 plan;
   f.  Motions to impose the stay pursuant to section 362(c)(4);
   g.  Motions to determine secured status of homestead mortgage and to strip lien; and
   h.  Motions to approve mortgage modifications.

   The additional fee may be requested in a motion meeting the description of any of

the *a la carte* items. The Court may then include an award of the presumptively

reasonable fee for services rendered in connection with the motion in the order on the

motion."

   **DONE** and **ORDERED** in Tampa, Florida, on _May 2, 2011_.

   BY THE JUDGES OF THE TAMPA DIVISION:


_____
Michael G. Williamson
United States Bankruptcy Judge

_____
K. Rodney May
United States Bankruptcy Judge

_____
Catherine Peek McEwen
United States Bankruptcy Judge

_____
Caryl E. Delano
United States Bankruptcy Judge

---

[1] The dollar amounts set forth in this Order reflect the readjustment of amounts stated in the Fee Order utilizing the methodology set forth in section 104(b) of the Bankruptcy Code, effective April 1, 2010.